IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   NO. 25-cr-04964-MIS |
| | ) |
| vs. | ) |
| | ) |
| **JOSE DE JESUS SALAZAR-RUBIO**, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ENTRY OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

The United States of America notifies the Court that ELIZABETH TONKIN, Special Assistant United States Attorney, withdraws as counsel for the United States in the above matter, and in substitution therefor, BRETT BARNES, hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of BRETT BARNES.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
Acting United States Attorney

*/s/     Electronically Filed 12/22/25*
BRETT BARNES
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/     Electronically Filed 12/22/25*
BRETT BARNES
Assistant U.S. Attorney